NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**OMAN FASTENERS, LLC,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**v.**

**MID CONTINENT STEEL & WIRE, INC.,**
*Defendant-Appellant*

———————————

2024-1350

———————————

Appeal from the United States Court of International Trade in No. 1:22-cv-00348-MMB, Judge M. Miller Baker.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The stay is lifted.

(2) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          OMAN FASTENERS, LLC v. US

(2)  Each side shall bear their own costs.

FOR THE COURT

January 31, 2025                        Jarrett B. Perlow
        Date                              Clerk of Court

**ISSUED AS A MANDATE:** January 31, 2025